```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9|4; 14243
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Henry Tucker,

           Plaintiff,

–v–

Rebook International Ltd.,

           Defendant.

19-cv-10344 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The parties shall file a status report by August 13, 2021.

SO ORDERED.

Dated: July 29, 2021
       New York, New York

                                    ALISON J. NATHAN
                                United States District Judge