```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
HENRY TUCKER,                                              :
                                                           :
                        Plaintiff,                         :
                                                           :     19-CV-10344 (VSB)
            -against-                                      :
                                                           :           ORDER
REEBOK INTERNATIONAL LTD.,                                 :
                                                           :
                        Defendant.                         :
                                                           :
-----------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

On June 24, 2022, after this case was reassigned to me, I ordered the parties to file a status update regarding the impact of *Calcano v. Swarovski N. Am. Ltd.*, 36 F.4th 68 (2d Cir. 2022) on this action.  (Doc. 19.)  On June 29, 2022, Plaintiff filed a status update requesting that I grant leave for Plaintiff to file an amended complaint within thirty (30) days.  (Doc. 20.)  Defendant requested that, if I grant Plaintiff leave to file an amended complaint, that Defendant be permitted to file a motion to dismiss within thirty (30) days.  (*Id.*)  I granted both those requests.  (Doc. 21.)  It has now been more than thirty (30) days, and Plaintiff's amended complaint is overdue.  Accordingly, it is hereby:

ORDERED that the parties file a status update on or before September 6, 2022 informing me how they intend to proceed and whether any judicial relief is requested.  Failure to do so will result in dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: September 1, 2022
       New York, New York

Vernon S. Broderick
United States District Judge